UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA      :

  - v. -                        :     **UNSEALING ORDER**

AHMED ABASSI,                 :     13 Cr. 304 (MGC)

        Defendant.         :

- - - - - - - - - - - - - - - - x

      Upon the application of the Government, it is ORDERED that (1) Indictment 13 Cr. 304 (MGC) and related charging paperwork, (2) the associated arrest warrant, and (3) the transcript of defendant Ahmed Abassi's May 2, 2013 presentment and arraignment, be and hereby are UNSEALED.

Dated: New York, New York
      May 9, 2013

                            HON. MIRIAM GOLDMAN CEDARBAUM
                            United States District Judge
                            Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5/9/13