**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 11, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/13

**MEMO ENDORSED**

**BY HAND**

The Honorable Miriam Goldman Cedarbaum
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl Street, Chambers 1330
New York, New York 10007

               Re:    United States v. Abassi
                       13 Cr. 304 (MGC)

Dear Judge Cedarbaum:

      The Government writes, with defendant Ahmed Abassi's consent, to respectfully request that the Court exclude from the Speedy Trial Act's operation the time between today and July 17, 2013, the date of the next pretrial conference in this matter.

      On May 24, 2013, the Government produced a substantial amount of unclassified discovery to the defense, including reports memorializing statements Abassi made to law enforcement; over 20 recordings (consisting of dozens of hours) of conversations involving Abassi and a Federal Bureau of Investigation undercover officer, much of which occurred in Arabic; and draft translations and summaries of several portions of those recorded conversations. In addition, the Government is collecting classified discovery for production to the defense.

      The Government therefore moves to exclude the time between today and July 17, 2013 in the interests of justice, to afford the defense an opportunity to review the voluminous discovery already produced—much of which is in Arabic—and to allow the Government time to collect

*Request granted. So ordered.*

*S/ United States District Judge*
*June 11, 2013*

Hon. Miriam Goldman Cedarbaum
June 11, 2013
Page 2 of 2

and produce classified discovery. See 18 U.S.C. § 3161(h)(7)(A). Defense counsel has expressly consented to such an exclusion on Abassi's behalf.

                          Respectfully submitted,

                          PREET BHARARA
                          United States Attorney

By:   _____
        Michael Ferrara
        Assistant U.S. Attorney
        212-637-2526

Cc:    Sabrina P. Shroff, Esq. (by email)