UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

| | | |
|---|---|---|
| **United States of America,** | : | **NOTICE OF APPEARANCE AND REQUEST FOR** |
| | : | <u>**ELECTRONIC NOTIFICATION**</u> |
| - v - | | |
| | : | 13 Cr. 3049999 |
| **Abassi** | : | |

----------------------------------x

To:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

                                    Respectfully Submitted,


                                    **/s/Jerrod Thompson-Hicks**
                                    Attorney in Charge
                                    Federal Defenders Of New York
                                    52 Duane Street
                                    New York, N.Y. 10007
                                    (212) 417-8735
                                    Jerrod_Thompson-Hicks@fd.org


TO:   Attorneys of Record