# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 13 Cr. 304 (MGC) |
| Ahmed Abassi | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ahmed Abassi

Date: 07/15/2013

/s/
*Attorney's signature*

Sabrina P. Shroff, Esq.
*Printed name and bar number*

Federal Defenders Of New York, Inc.,
52 Duane Street
10th Floor,
New York, New York, 10007
*Address*

sabrina_shroff@fd.org
*E-mail address*

(212) 417-8713
*Telephone number*

(212) 571-0392
*FAX number*