UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

   - v. -                                        :          ORDER

AHMED ABASSI,                            :          13 Cr. 304 (MGC)

                 Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HON. MIRIAM GOLDMAN CEDARBAUM, United States District Judge:

      The parties are directed to appear on January 30, 2014, at 11:00 a.m.

      The Court excludes the time from today until January 30, 2014 from the running of the Speedy Trial Act clock pursuant to 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because the parties need this additional time to discuss a disposition of this case short of trial, for the Government to continue to collect and produce voluminous discovery, including classified discovery, and for the defendant to review that discovery—much of which is in Arabic—and consider whether the filing of pretrial motions is appropriate.

      SO ORDERED.

Dated: New York, New York
       December 18, 2013

                                                    HON. MIRIAM GOLDMAN CEDARBAUM
                                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/14