

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 3, 2014

<u>BY HAND</u>

The Honorable Miriam Goldman Cedarbaum
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
    United States Courthouse
500 Pearl Street, Chambers 1330
New York, New York 10007

**MEMO ENDORSED**

Re:    <u>United States v. Abassi</u>
        13 Cr. 304 (MGC)

Dear Judge Cedarbaum:

    A pretrial conference was scheduled in this matter for Thursday, February 27, 2014. That conference was adjourned at the request of the defendant, and has now been rescheduled for March 18, 2014 at 2:30 p.m.

    The Government therefore moves to exclude the time between today and March 18, 2014 in the interests of justice, to afford the defense an opportunity to review the voluminous discovery already produced—much of which is in Arabic—and for continuity of counsel purposes. <u>See</u> 18 U.S.C. § 3161(h)(7)(A).



.on. Miriam Goldman Cedarbaum
March 3, 2014
Page 2 of 2

Assistant Federal Defender Sabrina P. Shroff, Esq., counsel for Abassi, consents to such an exclusion.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
John P. Cronan
Benjamin A. Naftalis
Michael Ferrara
Assistant U.S. Attorneys
212-637-2779 / -2456 / -2526

Cc:     Sabrina P. Shroff, Esq.


SO ORDERED.

_____
THE HONORABLE MIRIAM GOLDMAN CEDARBAUM
UNITED STATES DISTRICT JUDGE
March 11, 2014