UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                     :

   - v. -                                              :        ORDER

AHMED ABASSI,                                :        13 Cr. 304 (MGC)

               Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HON. MIRIAM GOLDMAN CEDARBAUM, United States District Judge:

    The parties are directed to appear on May 22, 2014, at 12:00 p.m.

    The Court excludes the time from May 7, 2014 until May 22, 2014 from the running of
the Speedy Trial Act clock pursuant to 18 U.S.C. § 3161(h)(7)(A). The Court finds that the
granting of such a continuance best serves the ends of justice and outweighs the best interest of
the public and the defendant in a speedy trial because the parties need this additional time to
discuss a disposition of this case short of trial, and for the defendant to review that discovery—
much of which is in Arabic—and consider whether the filing of pretrial motions is appropriate.

    SO ORDERED.

Dated: New York, New York
      May _6_, 2014

HON. MIRIAM GOLDMAN CEDARBAUM
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _5/7/14_