UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x

UNITED STATES OF AMERICA          :

    - v. -                                    :          ORDER

AHMED ABASSI,                            :          13 Cr. 304 (MGC)

              Defendant.            :

------------------------------ x

HON. MIRIAM GOLDMAN CEDARBAUM, United States District Judge:

    The parties are directed to appear on June 3, 2014, at 11:30 a.m.

    The Court excludes the time from May 23, 2014 until June 3, 2014 from the running of the Speedy Trial Act clock pursuant to 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because the parties need this additional time to discuss a disposition of this case short of trial, and for the defendant to review that discovery—much of which is in Arabic—and consider whether the filing of pretrial motions is appropriate.

    SO ORDERED.

Dated: New York, New York
       May 23, 2014

                                              HON. MIRIAM GOLDMAN CEDARBAUM
                                              United States District Judge