```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :
                                        WAIVER OF INDICTMENT
     - v. -                      :      BY GRAND JURY

AHMED ABASSI,                    :      S1 13 Cr. 304 (MGC)

          Defendant.             :

- - - - - - - - - - - - - - - - - x
```

        Defendant Ahmed Abassi, who is accused of violating Title 18, United States Code, Sections 1001 and 1028(f), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Dated: New York, New York
       June 3, 2014

_____
AHMED ABASSI
Defendant

_____
SABRINA P. SHROFF, ESQ.
Attorney for Abassi

_____
Witness

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 03 2014