UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA  :

    - v. -  :

AHMED ABASSI,  :

        Defendant.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER OF JUDICIAL REMOVAL**

S1 13 Cr. 304 (MGC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/14

    Upon the application of the United States of America, by John P. Cronan, Benjamin A. Naftalis, and Michael Ferrara, Assistant United States Attorneys, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of Ahmed Abassi (the "defendant"), and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds the following:

    1.    The defendant is not a citizen or national of the United States.

    2.    The defendant is a native of Tunisia and a citizen of Tunisia.

    3.    The defendant was paroled into the United States at John F. Kennedy International Airport, New York, New York on or about March 18, 2013.

    4.    At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of New York, of Count One: Making a False Statement, in violation of Title 18, United States Code, Section 1001, and Count Two: Attempting to Commit Fraud in Connection with Identification Documents, in violation of Title 18, United States Code, Sections 1028(a)(4) and 1028(f).

5.  The maximum term of imprisonment for a violation of Title 18, United States Code, Section 1001 is five years. The maximum term of imprisonment for a violation of Title 18, United States Code, Sections 1028(a)(4) and 1028(f) is one year. The total maximum term of imprisonment on Counts One and Two is six years.

6.  The defendant is, and at sentencing will be, subject to removal from the United States pursuant to Section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act of 1952 ("INA"), as amended, Title 8, United States Code, Section 1182(a)(7)(A)(i)(I), as an alien who, at the time of application for admission, was not in possession of a valid immigrant visa reentry permit, border crossing identification card, or other valid entry document required by the INA, under Section 212(a)(6)(C)(i) of the INA, Title 8, United States Code, Section 1182(a)(6)(C)(i), as an alien who, by fraud or willfully misrepresenting a material fact, seeks to procure (or has sought to procure or has procured) a visa, other documentation, or admission into the United States or other benefit provided under this chapter and under Section 212(a)(2)(A)(i)(I) of the INA, Title 8, United States Code, Section 1182(a)(2)(A)(i)(I), as an alien who has been convicted of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime.

7.  The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, Title 8, United States Code, Section 1228(c).

8.  The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, Title 8, United States Code, Section 1228(c), that the defendant is ordered removed from the United States to Tunisia promptly upon his sentencing.

Dated: New York, New York
      June 3, 2014

_s/_
_____
HON. MIRIAM GOLDMAN CEDARBAUM
United States District Judge
Southern District of New York